IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND E. ESCHE, et al.,

              Plaintiffs,

     v.

McKESSON CORPORATION, et al.,

              Defendants.

NO. C13-3062 TEH

ORDER DENYING PLAINTIFFS' MOTION TO LIFT STAY

The Court stayed this matter on July 15, 2013, pending its conditional transfer to Multidistrict Litigation ("MDL") Docket No. 1871, *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*. Plaintiffs have moved to lift the stay, and the Court has carefully considered the parties' arguments – including the late supplemental papers submitted by both parties in violation of Civil Local Rule 7-3(d). The Court does not find good cause to lift the stay. The vast majority of similar cases filed in this district have been stayed, and the Court finds it in the interests of judicial economy and uniformity to allow the MDL process to take its course, particularly given that the Judicial Panel on Multidistrict Litigation has scheduled this matter for consideration on September 26, 2013. The Court also finds no prejudice to continuing the stay. Accordingly, Plaintiffs' motion to lift the stay is DENIED.

**IT IS SO ORDERED.**

Dated: 09/05/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT